MR. BRIAN KEITH BARNETT
T-38323 FACILITY D8-124 ASU
SALINAS VALLEY STATE PRISON
POST OFFICE BOX 1050
SOLEDAD, CALIFORNIA 93960-1050

PRO SE PLAINTIFF

E-filing

FILED
07 AUG -8 PM 1:54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRIAN KEITH BARNETT

    Plaintiff,

vs.

ELOY MEDINA CCII et al.

    Defendant.

CASE NO. C-07-4071 CW (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, BRIAN KEITH BARNETT, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _0_    Net: _0_

Employer: _NONE_

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

PACIFIC MONARCH RESORTS 700 BROADWAY 8 FLOOR, SAN DIEGO CA 92112

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

- a. Business, Profession or self employment  Yes ___ No X
- b. Income from stocks, bonds, or royalties?  Yes ___ No X
- c. Rent payments?  Yes ___ No X
- d. Pensions, annuities, or life insurance payments?  Yes ___ No X
- e. Federal or State welfare payments, Social Security or other government source?  Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

3. Are you married?  Yes ___ No X

Spouse's Full Name: N/A

Spouse's Place of Employment: N/A

Spouse's Monthly Salary, Wages or Income:
Gross $ N/A   Net $ N/A

4. a. List amount you contribute to your spouse's support: $ N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

__NONE DUE TO IMPRISONMENT__

5. Do you own or are you buying a home?    Yes ___ No _X_

Estimated Market Value: $ __0__ Amount of Mortgage: $ _____

6. Do you own an automobile?    Yes ___ No _X_

Make __N/A__ Year __N/A__ Model __N/A__

Is it financed? Yes ___ No _X_ If so, Total due: $ __0__

Monthly Payment: $ __0__

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: __N/A__

Present balance(s): $ __0__

Do you own any cash? Yes ___ No _X_ Amount: $ __0__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

__N/A__

8. What are your monthly expenses?

Rent: $ __0__    Utilities: __0__

Food: $ __0__    Clothing: __0__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ 0 | $ 0 |
| N/A | $ 0 | $ 0 |
| N/A | $ 0 | $ 0 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PARENTS APPROXIMATELY $2,500.00    BROTHER APPROXIMATELY $1,700.00

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

BARNETT V. EVANS   U.S. DIST. CT. ND   NO. C 06-0193

BARNETT V. PATTON, MONTEREY SUPERIOR COURT NO. M69859

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

JULY 27, 2007
DATE                                    SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Barnett, Brian** for the last six months at SALINAS VALLEY STATE PRISON T38323
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020         [prisoner name]

_____ where (s)he is confined.
       [name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: 7/31/07                                    _____
                                                  [Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030                                                          REPORT DATE: 07/31/07
                                                                           PAGE NO:           1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                   SALINAS VALLEY STATE PRISON
                                  INMATE TRUST ACCOUNTING SYSTEM
                                  INMATE TRUST ACCOUNT STATEMENT

                          FOR THE PERIOD: JAN. 01, 2007 THRU JUL. 31, 2007

ACCOUNT NUMBER   : T38323                        BED/CELL NUMBER: FDB8T1000000124L
ACCOUNT NAME     : BARNETT, BRIAN KEITH          ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                                    TRUST ACCOUNT ACTIVITY

       << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                                   CURRENT HOLDS IN EFFECT
     DATE         HOLD
    PLACED        CODE           DESCRIPTION              COMMENT          HOLD AMOUNT

  08/01/2006      H103   DAMAGES-REFUSED TO SIGN HOLD    0319  HDCUF          18.75
  09/01/2006      H110   COPIES HOLD                     0658  COPY            2.50
  07/17/2007      H109   LEGAL POSTAGE HOLD              0210  ENVEL           1.25
  07/18/2007      H118   LEGAL COPIES HOLD               0217  LCOPY          11.40

                                    TRUST ACCOUNT SUMMARY

   BEGINNING         TOTAL          TOTAL         CURRENT         HOLDS         TRANSACTIONS
    BALANCE         DEPOSITS      WITHDRAWALS     BALANCE        BALANCE        TO BE POSTED

     0.00            0.00            0.00          0.00           33.90             0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

```
                                                                            CURRENT
                                                                           AVAILABLE
                                                                            BALANCE

                                                                             33.90-
```