OFFICE OF THE CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, 400 S TOWER
OAKLAND, CALIFORNIA 94612-5212



FILED
AUG 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

AUGUST 19, 2007

RE: INQUIRY AS TO RECEIPT AND FILING OF CIVIL COMPLAINT ENTITLED
"BRIAN KEITH BARNETT V. ELOY MEDINA CCII et al."

07-CV-4071-CW

DEAR CLERK

GREETINGS. I AM WRITING THIS COMMUNICATION TO YOU AS A FOLLOW-UP IN VIEW OF THE FACT ON JULY 29, 2007 I SENT TO THE INSTITUTIONS INMATE TRUST OFFICE IN A SEALED ENVELOPE THE ORIGINAL AND (2) COPIES OF A CIVIL RIGHTS COMPLAINT WHICH ALSO HAD A COMMUNICATION IN WHICH I EXPLAINED THAT SVSP INSTITUTIONAL OPERATIONAL PROCEDURE #2 (O.P.#2) REQUIRE THAT I PROVIDE DOUBLE ENVELOPES ONE INSIDE THE OTHER WITH THE "IN FORMA PAUPERIS FORM" IN THE OUTER UNSEALED ENVELOPE SO THAT THEY CAN COMPLETE THE "CERTIFICATE OF FUNDS IN PRISONERS ACCOUNT" FORM AND PROVIDE A 6 MONTH TRUST ACCOUNT STATEMENT WHICH THEY THEN SEAL ALL IN THE SECOND ENVELOPE AND AFFIX SUFFICIENT U.S. POSTAGE AND THEN TRANSMIT TO THE POST OFFICE FOR SENDING TO YOUR OFFICE.

ACCORDING TO COPY OF DOCUMENTS RETURNED TO ME FROM THE TRUST OFFICE THIS PROCESS WAS COMPLETED ON JULY 31, 2007 WHICH MEANS YOUR OFFICE SHOULD HAVE RECEIVED IT BY AUGUST 2, 2007 AND IF SUCH IS NORMALLY PROCESSED WITHIN 10 COURT DAYS AS I SUSPECT OR LESS I AM OF THE BELIEF THAT A CONFORMED/FILE STAMPED COPY OF THE COMPLAINT & SEPARATELY BOUND EXHIBITS B-F OR JUST THE COVER SHEETS SHOULD HAVE BEEN RETURNED TO ME BY THIS TIME AND SINCE IT HAS NOT AND THIS PRISON HAS PRIORS OF PLAYING GAMES WITH OR MAKING PRISONER MAIL VANISH I FIGURED THAT PRUDENCE DICTATE THAT I CONTACT YOUR OFFICE AND CHECK TO SEE IF THE PACKAGE WAS IN FACT RECEIVED BY YOUR OFFICE AND IS BEING PROCESSED ACCORDINGLY.

THANK YOU FOR YOUR ATTENTION AND DILLIGENCE IN THIS REGARD SINCE I HAVE A SUSPICIOUS NATURE WHEN IT COMES TO PRISON OFFICIALS AT THIS PRISON IN VIEW OF PAST EXPERIENCES AND DO HAVE A VERY PLEASANT DAY.

VERY SINCERELY

MR. BRIAN KEITH BARNETT
T-38323 FACILITY D8-124 ASU
SALINAS VALLEY STATE PRISON
POST OFFICE BOX 1050
SOLEDAD, CALIFORNIA 93960-1050

wc: BKB/pf