

MR. ISAIAH KEITH BARNETT
T-39323 FACILITY D8-124 ASU
SALINAS VALLEY STATE PRISON
POST OFFICE BOX 1050
SOLEDAD, CALIFORNIA 93960-1050

STATE PRISON
GENERATED MAIL

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, 400 S. (TOWER)
OAKLAND, CALIFORNIA 94612-5212

CONFIDENTIAL LEGAL COMMUNICATIONS
C.C.R. TITLE 15. ART. 4. SECTION §3141 (C)(5)
CALIFORNIA PENAL CODE §§ 2600·2601
28 CODE FEDERAL REGULATIONS § 540.18