OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

Filed
07 AUG 27 PM 1:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AUGUST 23, 2007

RE: BRIAN KEITH BARNETT V. ELOY MEDINA CCII et. al.
UNITED STATES DISTRICT COURT CASE NO. C 07-4071 CW (PR)

DEAR CLERK

I AM IN RECEIPT OF MY CONFORMED COPY OF THE ABOVE ENTITLED COMPLAINT AND SEPARATELY BOUND EXHIBITS B-F ETC. HOWEVER I WAS ALSO SENT A U.S. DISTRICT COURT NORTHERN CALIFORNIA "ECF REGISTRATION INFORMATION HANDOUT" WHICH INDICATES THAT MY CASE HAS BEEN DESIGNATED AS A PARTICIPANT IN THE COURTS ELECTRONIC CASE FILING (ECF) PROGRAM PURSUANT TO LOCAL RULE 5-4 AND GENERAL ORDER 45.

I HOWEVER AM A STATE PRISONER WITHOUT THE ABILITY TO ACCESS THE INTERNET AND THEREFORE WHILE I WOULD BE MORE THAN HAPPY TO PARTICIPATE IN THE ECF PROGRAM STATE CORRECTIONS DOES NOT ALLOW PRISONERS ACCESS TO THE INTERNET THUS I CAN NOT COMPLETE THE ECF REGISTRATION FORMS OR ACCESS THE INTERACTIVE TUTORIALS. GIVEN THE OBSTRUCTIONIST ACTIVITIES OF CORRECTIONS OFFICIALS I AM OF THE BELIEF AND POSITION THAT THE COURT ONE DAY WILL LIKELY HAVE TO ISSUE ORDERS THAT MAY POSSIBLY GRANT LIMITED ACCESS TO THE COURTS WEB SITE AND SAY FINDLAW.COM.

I AM REASONABLY COMPUTER LITERATE AND BACK IN 2004 I PETITIONED THE CALIFORNIA DEPARTMENT OF CORRECTIONS "REGULATION POLICY MANAGEMENT BRANCH" FOR A CHANGE IN REGULATIONS WHICH WOULD ALLOW A PRISONER THAT HAS NOT BEEN CONVICTED OF ANY COMPUTER CRIMES TO BE ALLOWED TO OBTAIN A SPECIALLY MODIFIED LAPTOP COMPUTER THAT DOES NOT HAVE LAN/WIFI INTERNET CAPABILITY WHEREAS ONE COULD ORGANIZE AND PREPARE LEGAL DOCUMENTS AND RECORDS THEN WHEN A DOCUMENT IS PREPARED FOR FILING IT IS COPIED TO DISK AND SENT TO THE FACILITY LAW LIBRARIAN TO MAKE COPIES (THIS COULD ALSO BE USED TO ELECTRONICALLY TRANSMIT THE DOCUMENT) HOWEVER WHILE CORRECTIONAL OFFICIALS WILL NOT ADMIT THE FACT IT WOULD MAKE LAW RESOURCES MORE READILY AVAILABLE TO A PRISONER AND ONE WITH A GOOD BASIC UNDERSTANDING OF LAW AND PROCEDURES WILL BECOME MORE EFFECTIVE IN THE COURTS.

NEVERTHELESS I AM UNABLE TO PHYSICALLY/PERSONALLY COMPLY WITH LOCAL RULE 5-4 AND GENERAL ORDER 45 AND I FIGURED IT INCUMBENT THAT I NOTIFY YOU OF THIS FACT SO THAT I DO NOT BE HELD RESPONSIBLE FOR WHAT I HAVE NO CONTROL OVER AT THIS TIME. THANK YOU FOR YOUR CONSIDERATION AND COOPERATION IN THIS VERY IMPORTANT MATTER AND DO HAVE A VERY PLEASANT DAY.

VERY SINCERELY SUBMITTED

MR. BRIAN KEITH BARNETT
T-38323 FACILITY D8-124 ASU
SALINAS VALLEY STATE PRISON
POST OFFICE BOX 1050
SOLEDAD, CALIFORNIA 93960-1050