MR. BRIAN KEITH BARNETT
T-36323 FACILITY D5-124 ASU
SALINAS VALLEY STATE PRISON
POST OFFICE BOX 1050
SOLEDAD, CALIFORNIA 93960-1050

STATE PRISON
GENERATED MAIL

CONFIDENTIAL LEGAL COMMUNICATIONS
C.C.R. TITLE 15 ARTICLE 4 SECTIONS 3141(c)(5)
CALIFORNIA PENAL CODE §§ 2600-2601
28 CODE FED. REG. §§ 540.19

AUG 27 PM 1:00

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102