RECEIVED Filed

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

DEC 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

16 DECEMBER 2007

RE: BARNETT V. ELOY MEDINA CCII et al.
U.S. DIST. CT. NO CASE NO. CV 07-_____ CW (PR) (2007)

C07-4071(CW)

DEAR CLERK

GREETINGS, I AM WRITING THIS COMMUNICATION TO YOU WITH REGARDS TO MY DUTY TO NOTIFY THIS COURT OF MY CHANGE OF ADDRESS WHICH CHANGED AS OF NOVEMBER 16, 2007 WHEN I WAS TRANSFERRED FROM SALINAS VALLEY STATE PRISON TO CALIFORNIA STATE PRISON CORCORAN SHU WHERE I HAVE BEEN SINCE THE AFOREMENTIONED DATE. I HAVE NOT BEEN ISSUED ANY OF MY PROPERTY OR RECORDS IN REGARDS TO THE ABOVE REFERENCED CASE NAME SO THE CASE NUMBER IS NOT REFERENCED HOWEVER I AM NEVER THE LESS ACCORDINGLY NOW WITH WHAT LIMITED RESOURCES I HAVE CURRENTLY AVAILABLE PROVIDING MY NOTICE CONTAINING MY PRIOR ADDRESS AND MY CURRENT ADDRESS AS FOLLOWS:

### PRIOR ADDRESS

MR. BRIAN KEITH BARNETT
T-38323 FACILITY D8-124 ASU
SALINAS VALLEY STATE PRISON
31625 HWY 101 N.
POST OFFICE BOX 1050
SOLEDAD, CALIFORNIA 93960-1050

### ✳ CURRENT ADDRESS ✳

MR. BRIAN KEITH BARNETT
T-38323 FACILITY 4A2R-006L
CALIFORNIA STATE PRISON CORCORAN SHU
4001 KINGS KING AVENUE
POST OFFICE BOX 3476
CORCORAN, CALIFORNIA 93212-3476

I HAVE SOUGHT TO PROPERLY OBTAIN THE ADDRESS OF THE OAKLAND DIVISION OF THIS COURT WHERE THIS CASE IS PROCEEDING HOWEVER SINCE I HAVE NO ACCESS OF MY MATERIALS AND RECORDS AT THIS TIME AND THE WRITTEN REQUESTS FOR THE ADDRESS THAT I HAVE SUBMITTED VIA INSTITUTIONAL MAIL TO THE S.H.U. LAW LIBRARY HAVE NOT BEEN RESPONDED TO SO UPON MANAGING TO OBTAIN THIS COURTS ADDRESS PRUDENCE DICTATES THAT I NOTIFY THIS COURT SINCE ITS THE PRIMARY CENTRAL/HEADQUARTERS FOR THE NORTHERN DISTRICT AND I DO NOT LIKE TO PUT OFF MY RESPONSIBILITIES TOO LONG FOR REASONS BEYOND MY CONTROL. THANK YOU FOR YOUR ATTENTION IN THIS REGARD AND DO HAVE A PLEASANT DAY. RESPECTFULLY SUBMITTED

MR. BRIAN KEITH BARNETT
T-38323 FACILITY 4A2R-006L
CSP CORCORAN SHU
POST OFFICE BOX 3476
CORCORAN, CALIFORNIA 93212-3476

P.S. I HAVE NOT HAD ACCESS TO COPYING FACILITIES AND PAPER IS LIMITED