

MR. BRIAN KEITH BARNETT
T-36323 FACILITY 4A-1R-006L
CSP CORCORAN SHU
POST OFFICE BOX 3476
CORCORAN, CALIFORNIA 93212-3476

CONFIDENTIAL LEGAL COMMUNICATION
C.C.R. TITLE 15. ART 4 SECTION §3141(c)(6)
CALIFORNIA PENAL CODE §2600-2601

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102