IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN K BARNETT,

     Plaintiff,

  v.

ELOY MEDINA, M.P. MOORE, III, GEORGE LEWIS, A. SOTELO, D. RUFFIN, D. ROCHA, E. PEREZ, S. PICAZO, J. SPAULDING, D. SCHLITZ, L. WASHINGTON, J. ZIEGLER, SEVILLA, MICHAEL EVANS, D. A. TRAVERS, A. WILLIAMS, N. WALKER, L. A. NEGRON, JR., J. J. HUGHES,

     Defendants.
_____/

No. C 07-04071 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order of Dismissal,

    IT IS ORDERED AND ADJUDGED

    That the above-captioned action be dismissed without prejudice in accordance with the Court's Order.

    Dated at Oakland, California, this 20th day of May, 2008.

                            RICHARD W. WIEKING
                            Clerk of Court

*Sheilah Cahill*

By: _____
    SHEILAH CAHILL
    Deputy Clerk

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BRIAN K BARNETT,

        Plaintiff,

v.

ELOY MEDINA et al,

        Defendant.

Case Number: CV07-04071 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian Keith Barnett T-38323
Facility 4A2R-005L
CSP-Corcoran SHU
4001 King Avenue
P.O. Box 3476
Corcoran, CA 93212-3476

Dated: May 20, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk